UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 8:21-mj-1991-SPF | |
| Plaintiff, | ☐ | | |
| Government | ☒ | ☐ Evidentiary | |
| | | ☐ Trial | |
| | | ☒ Other | |
| v. | | | |
| JEREMY BROWN | | | |
| Defendant | ☒ | | |

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | U.S.D.C. Dist. Col. Criminal Complaint, 1:21-mj-00619 |
| 2A | | | | Photo: Chest rig and plate carrier |
| 2B | | | | Photo: Defendant on Jan 6 |
| 2C | | | | Photo: Framed photo of Defendant |
| 2D | | | | Photo: Bear spray |
| 2E | | | | Photo: Unconventional warfare manual |
| 2F | | | | Photo: Special forces training manual |
| 2G | | | | Photo: White board |
| 2H | | | | Photo: Ammunition |
| 2I | | | | Photo: Cash |
| 3 | | | | Recording: Maga Institute June 25 podcast |
| 4 | | | | Defendant's Facebook post |
| 5 | | | | Jan 2014 Baker Act police report |
| 6 | | | | Feb 2019 Missing Person police report |
| 7 | | | | Sept 2019 Domestic violence case docket |

Case No.: 8:21-mj-1991-SPF                                              Page 2 of 2 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8 | | | | Photo: March 2021 sign on Defendant's front door |
| | | | | |
| | | | | |
| | | | | |