**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE NO. 8:21-mj-1990-SPF / 8:21-mj-1991-SPF       DATE: October 5, 2021

HONORABLE: Sean P. Flynn

UNITED STATES OF AMERICA                          Risha Asokan, AUSA
                                                  Government Counsel
v.

JEREMY BROWN                                      William Sansone, CJA
Defendant                                         Defense Counsel

INTERPRETER/LANGUAGE: N/A                         COURT REPORTER/TAPE: Digital

DEPUTY CLERK: Eric Calderon                       COURTROOM: 11B

TIME: 11:05 – 1:03                                TOTAL: 1:58

PROCEEDINGS: **DETENTION HEARING**

Government position: risk of flight and danger to community
Government Oral Motion to admit into evidence Exhibits: 1, 2 (photos) 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 3 (audio recording), 4, 5, 6, 7 and 8
Defendant no objection to Government's request to move their exhibits into evidence

Court admits into evidence: Government's Exhibits: 1, 2 (photos) 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 3 (audio recording), 4, 5, 6, 7 and 8

Defendant position: not a flight risk or danger to community
Defendant Oral Motion to admit into evidence Exhibit 1
Government no objection to Defendant's request to move their exhibit into evidence
Defendant requests: electronic monitoring, surrender passport, bond, curfew and mental health evaluation

Government rebuttal oral argument

Court Order to follow

Adjourned